UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALI ABED** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-3070-LMA-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 12) is granted and the motion of the plaintiff, Ali Abed, for summary judgment (Rec. doc. 11) is denied.

New Orleans, Louisiana, this ___19th___ day of October, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE